UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHISH, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VARIOUS JOHN DOES, JANE DOES, AND ABC COMPANIES,<br><br>　　　　　Defendants. | Case No. 1:24-cv-11749-ADB<br><br>**PRELIMINARY INJUNCTION AND SEIZURE ORDER; ORDER TO UNSEAL FILE.** |

　　Plaintiff, Phish Inc. ("Plaintiff"), having applied *ex parte* against unknown individuals and entities (collectively, "Defendants") for, inter alia, a temporary restraining order and an order permitting civil seizure pursuant to Federal Rule of Civil Procedure 65 and the Lanham Act (15 U.S.C. §1051, et seq.), as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473 (the "Lanham Act"), based on its claim that Defendants are and will continue to manufacture, distribute, offer for sale and sell goods bearing counterfeit reproductions of trademarks owned and controlled by Plaintiff ("Counterfeit Merchandise"), and the Court having issued a temporary restraining order permitting civil seizure based on the pleadings in the case, and having reviewed the Declaration of Joseph J. Orzano Re: Seizure and the Exhibits thereto, the Court now finds:

1) Defendants' manufacture, import, distribution, offer for sale and/or sale of Counterfeit Merchandise has caused, and if not stopped will continue to cause, immediate and irreparable injury to Plaintiff;

2) Plaintiff has demonstrated evidence of the offer for sale of counterfeit and/or unauthorized merchandise in connection with the 2024 Phish Tour, and is therefore, likely to succeed in showing that Defendants have used and are continuing to use counterfeit and/or unauthorized and infringing copies of Plaintiff's federally registered trademarks and unregistered trademarks, names and likenesses in connection with the manufacture, import, distribution, offer for sale and/or sale of Counterfeit Merchandise on the 2024 Phish Tour;

3) Plaintiff has also raised sufficiently serious questions going to the merits of its claims to make them a fair ground for litigation, and shown that the harm to Plaintiff from denial of the requested preliminary injunction would outweigh the harm to Defendants' legitimate interests if such an order were granted, and that a preliminary injunction would serve the public interest;

4) Plaintiff has also shown that Defendants, or other persons acting in concert with Defendants, would likely destroy, move, hide or otherwise make inaccessible to the Court Defendants' Counterfeit Merchandise, any business records related thereto, and the profits derived therefrom, absent a preliminary injunction, thereby denying Plaintiff access to relevant evidence and frustrating the ultimate relief Plaintiff seeks in this action;

5) Plaintiff has demonstrated the location(s) at which Defendants are likely to distribute, offer for sale and/or sell Counterfeit Merchandise; and

6) Entry of an order other than a preliminary injunction and seizure order would not adequately achieve the purposes of the Lanham Act to preserve Plaintiff's remedies for trademark counterfeiting, including, inter alia, the removal of Counterfeit Merchandise from the marketplace and destruction of same, and an award to Plaintiff of lost profits or damages.

Therefore, IT IS HEREBY ORDERED that Defendants, various John and Jane Does and ABC Companies, their true identities being unknown, are hereby preliminarily enjoined from manufacturing, distributing, offering or holding for sale, or selling the Counterfeit Merchandise, consisting of any clothing, jewelry, photographs, posters, recordings and other merchandise bearing the trademarks, service marks, likenesses, images, trade names or logos, or any colorable imitations thereof of the musical group known as PHISH and each of its individual members TREY ANASTASIO, MIKE GORDON, JON FISHMAN, and PAGE MCCONNELL
and their federally registered marks: PHISH FOOD, U.S. Registration Number 2173816;

PHISH, U.S. Reg. No. 2096010; PHISH, U.S. Reg. No. 2029049; PHISH, U.S. Reg. No. 2029048; PHISH, U.S. Reg. No. 1917861; PHISH, U.S. Reg. No. 1782981; and PHISH and Design, U.S. Reg. No. 1930480; OYSTERHEAD, U.S. Reg. No. 2662635; GAMEHENDGE, U.S. Reg. No. 2048310; GAMEHENDGE, U.S. Reg. No. 2053513 and WATERWHEEL, U.S. Reg. No. 2247438; and their unregistered mark VIDA BLUE (collectively, the "Plaintiff's Marks").

AND IT APPEARING TO THE COURT that Defendants are likely and about to sell and distribute the Counterfeit Merchandise bearing the Plaintiff's Marks during the remaining shows of the 2024 Phish Tour and will carry out such acts during the entirety of the 2024 Phish Tour set forth below, unless enjoined by order of the Court,

IT IS FURTHER ORDERED that pending hearing and determination of this application, the Defendants, their agents, servants, employees, attorneys, successors and assigns and all persons, firms and corporations acting in concert with them, and each of them be and hereby are preliminarily enjoined from manufacturing, distributing, offering or holding for sale, advertising and/or selling Counterfeit Merchandise bearing any of the Plaintiff's Marks;

AND IT IS FURTHER ORDERED that the United States Marshal or other federal, state or local law enforcement officers, or off-duty officers located within each district in which Plaintiff enforces this order, assisted by one or more attorneys or agents of Plaintiff, are hereby authorized to seize and impound any and all Counterfeit Merchandise which Defendants sell, offer for sale or are holding for sale, including from any bag, carton, container, vehicle, or other means of carriage in which the Counterfeit Merchandise is found from ten (10) hours before to six (6) hours after any performance by Phish within a twenty (20) mile vicinity of the venues at which Phish shall be performing, including, but not limited to, the following current venues and dates of the 2024 Phish Tour:

| DATE | VENUE |
|---|---|
| July 26-28, 2024 | Alpine Valley Music Theatre, East Troy, WI |
| July 30-31, 2024 | Chaifetz Arena, St. Louis, MO |
| August 2-4, 2024 | Ruoff Music Center, Noblesville, IN |

| | |
|---|---|
| August 6-7, 2024 | Van Andel Arena, Grand Rapids, MI |
| August 9-11, 2024 | Bethel Woods Center for the Arts, Bethel, NY |
| August 15-18, 2024 | Mondegreen, The Woodlands, Dover, DE |
| August 29-31, 2024 | Dick's Sporting Goods Park, Commerce City, CO |

AND IT IS FURTHER ORDERED that this order be and is hereby conditioned upon Plaintiff's maintaining with the Clerk of this Court an undertaking in the form of a bond or certified check or attorney's check in the amount of FIVE THOUSAND DOLLARS ($5,000), to secure payment of such costs and damages not to exceed such sum as may be suffered or sustained by any party who is found to be wrongfully restrained hereby;

AND IT IS FURTHER ORDERED that service of a copy of this order to show cause together with the summons and complaint in this action be made upon the Defendants by the United States Marshal, other federal, state or local law enforcement officers or by any person over the age of eighteen (18) years not a party to this action selected for that purpose by the Plaintiff, at the time the seizure provided herein is effected and that such service shall be deemed good and sufficient, provided that a complete set of all moving papers submitted in support of this order shall be promptly provided to any defendant or counsel requesting same;

AND IT IS FURTHER ORDERED that the person who serves these documents shall offer a receipt to each person from whom Counterfeit Merchandise is seized and that the Plaintiff shall be deemed substitute custodian for all Counterfeit Merchandise seized, which shall be maintained in a secure location pending further order of this Court;

AND IT IS FURTHER ORDERED that this matter be set for status and a hearing with respect to Plaintiff's execution of this seizure order for September 5, 2024, at 12:30 PM with Defendants' responsive papers, if any, filed with the Clerk of this Court and served upon the attorneys for Plaintiff by delivering copies to Plaintiff's counsel at the address set forth below, seven (7) days before the hearing. Any reply shall be filed and served by Plaintiff at or before the hearing. The hearing will be conducted by telephone conference at 888-363-4734 (access code 6426345).

AND IT IS FINALLY ORDERED that the Clerk of the Court unseal the file.

**IT IS SO ORDERED**

July 25, 2024.

                                                  */s/ Allison D. Burroughs*
                                                  ALLISON D. BURROUGHS
                                                  U.S. DISTRICT JUDGE

Presented By:

SEYFARTH SHAW LLP
Joseph J. Orzano (BBO No. 569288)
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210
Telephone: (617) 946-4800
Facsimile:  (617) 946-4801
jorzano@seyfarth.com

Bart A. Lazar (*pro hac vice*)
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5986
blazar@seyfarth.com

*Attorneys for Plaintiff Phish, Inc.*